UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-1-20

CAMP 1382 LLC *doing business as* CAMPAGNOLA RESTAURANT *on behalf of itself and all others similarly situated*,

      Plaintiff,

    v.

LANCER INSURANCE COMPANY,

      Defendant.

No. 20-CV-3336 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  Plaintiff filed this action on April 29, 2020. On May 25, 2020, the parties filed a letter informing the Court that motions to transfer and consolidate all COVID-19-related business interruption insurance claims, of which this action is a "related action," were currently pending before the Judicial Panel for Multidistrict Litigation ("JPML"), and requesting a stay of this action pending a decision from the JPML on such motions. Dkt. 8 at 2. At that time, the parties stated that they "anticipate that the JPML will hear this matter at the July 30, 2020 hearing session and issue its decision shortly thereafter." *Id.* On May 26, 2020, the Court stayed this action and directed the parties to file, within one week of the JPML's decision, a joint status update. To date, the parties have not filed any status update. No later than September 14, 2020, the parties shall jointly file a letter updating the Court as to the status of this case and the proceedings before the JPML. If the JPML has issued its decision, the parties shall advise the Court of whether they seek to extend or lift the stay.

SO ORDERED.

Dated: September 1, 2020
    New York, New York

                 Ronnie Abrams
                 United States District Judge