USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMP 1382 LLC *doing business as* CAMPAGNOLA RESTAURANT *on behalf of itself and all others similarly situated*,

        Plaintiff,

v.

LANCER INSURANCE COMPANY,

        Defendant.

No. 20-CV-3336 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On December 27, 2021, the Second Circuit issued a decision in *10012 Holdings, Inc. d/b/a Guy Hepner v. Sentinel Insurance Company, Ltd.*, No. 21-80-CV, 2021 WL 6109961 (2d Cir. Dec. 27, 2021). In light of this development, the parties are hereby ordered to submit letters no later than January 17, 2022 addressing the effect of this decision on Defendant's pending motion to dismiss.

SO ORDERED.

Dated:    January 3, 2022
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge